James D. Weinberger (jweinberger@fzlz.com)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Defendant Warner Bros. Entertainment Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| RONALD JONES and REGINA JONES.<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., DAVID FALK LEGAL TEAM and THE SPRINGHILL CO./LEBRON JAMES,<br><br>Defendants. | Case No. ___________<br><br>**NOTICE OF REMOVAL**<br>**(28 U.S.C. § 1446)** |

1. By the Complaint filed by plaintiffs Ronald Jones and Regina Jones (collectively, "Plaintiffs") on October 5, 2026 in the New York State Supreme Court of the County of New York in Civil Action Index No. 101007/2026, Plaintiff asserts claims for copyright infringement against defendants Warner Bros. Entertainment Inc. ("Warner Bros."), David Falk Legal Team and The SpringHill Co./Lebron James (collectively, "Defendants"). Warner Bros. removes this action to the United States District Court for the Southern District of New York, which is the judicial district in which the action is pending.

2. The grounds for removal of this action are that this is a civil action that includes claims arising under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq*. Removal of this action from the New York State Supreme Court, County of New York is therefore required under Section 1338(a) of Title 28 of the United States Code because this court has original and

exclusive jurisdiction over such claims under Section 1331 of Title 28, and supplemental jurisdiction over any remaining claims under Section 1367 of Title 28, had the action been initially filed in this Court.

3. This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the Complaint in this action was served on Warner Bros. on October 16, 2026. This Notice of Removal is filed by Warner Bros. within 30 days of their receipt of the Complaint and is, therefore, timely filed under 28 U.S.C. § 1446(b).

4. Upon information and belief, Warner Bros. is the only defendant in this action who has been served as of the date of this Notice of Removal.

5. All state court papers served on Warner Bros. at the time of removal, consisting of the Summons, the Complaint and exhibits thereto, are annexed hereto.

Dated: New York, New York
November 12, 2026

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By:______________________

James D. Weinberger (jweinberger@fzlz.com)
151 West 42nd Street, 17th Floor
New York, New York 10036
Tel: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Defendant Warner Bros. Entertainment Inc.*