NEW YORK
COUNTY CLERK'S OFFICE

OCT 05 2026

NOT COMPARED
WITH COPY FILE

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

Ronald Jones and Regina Jones
[Your name(s)] Plaintiff(s),

Index Number 101007/26

- against -

Warner Bros, Entertainment Inc, David Falk legal team and the Springhill Co. / LeBron James,
[name(s) of party being sued] Defendant(s).

COMPLAINT

TO THE SUPREME COURT OF THE STATE OF NEW YORK

The complaint of the plaintiff [your name], Ronald Jones and Regina Jones

Respectfully shows and alleges as follows: [number each paragraph]

1. I, Ronald Jones, a member of the consulting team for Mr. Walter Rice, am on this date submitting to the Supreme Court of New York, this Summons and complaint, which is the result of a major copyright infringement involving the motion picture industry and a well known athletic celebrity's and his company.

2. The use of the copyright owner's name within the original airing of the film (Space Jam) as well as the names of characters within it, constitute egregious harm to the creator and owner of the franchise, the manuscript, and the characters within the screen play having filed the copyright since 1986, on June 19th.

3. A second infringement occurred in 2021 by the company owned by Mr. LeBron James, (Spring Hill Company)

4. Plaintiff seeks review of evidence and proof of these and related additional substantial and damaging consequences related to the ongoing actions pertaining to Warner Brothers and now their planned merger with Paramount Pictures, as well as the current and ongoing violations of copyright ownership.

5. Our consulting team seeks from the court immediate and comprehensive review of the evidence submitted here, within a multipage single exhibit of evidence, comprised of approximately 30 pages.

Page 2

Paragraph 6

Plaintiffs also seek and request from the court time to allow the attorneys who are currently aware and who await the opportunity to review the details required for representation of the plaintiffs. We ask the court to hold, delay, or suspend the merger between Paramount Pictures and Warner Brothers, until the plaintiff and creator of the IP involving copyrights, films, franchises, and ongoing business related to them, can fairly compensate the Creator and Copyright owner, especially given the earnings exceeding already several billions of dollars already.

Paragraph 7

Your honor, as this situation had only been brought to my attention suddenly on September 30, 2026, I have done my best to assemble sufficient detail to present this matter to the attention of the court. During this interim, a potent legal investigation firm and a high level Broadway Production interest have expressed interest in this matter.

Paragraph 8

On behalf of my wife, Mrs. Regina Jones and myself, Dr. Ronald Jones, as well as the copyright owner, Mr. Walter Rice, his consultant team (Again) Dr. and Mrs. Ronald Jones, Jabbar Nayar, Ulka Shariff, Hershel Daniels, Jr., Raymond Tweedy, Jackson Investigation, LLC, and Mary Cannon Screens.

Paragraph 9

Finally, Your Honor as already many billions of dollars have been made from the creations of Mr. Rice, for which his compensation thus far has been zero dollars, he (Mr. Rice) has guaranteed 6% of proceeds to his Consultant team named in paragraph 8 above, to be shared equally among the participants of his consultant Team

Plaintiff: Walter Reis - copyright original screenplay "Spacejam" submitted June 19th - 1986

and the Spacejam franchise

First copyright infringement - Nov 15th 1996
Original airing of Spacejam - Nov 15 - 1996

#I • defendant: Warner Bros, Entertainment Inc
Legal team.
4000 Warner Blvd. zip 91522

Falk
#II • defendant: David Falk, Legal team
5235 Wisconsin ave, NW Suite 850
Washington DC, 20015

last contract 2026

"Spacejam" the sequel
original airing - July 16th - 2021
Theaters + HBO MAX

grievance - copyright infringement
derivative copyright infringement
use of Walters name
use of his family members
etc. etc. + more
godsister IDA

#3 Defendant: The Springhill Co. / LeBron James
received 3 cease + desist letters
1500 Centre Ave, Suite 200 Los Angeles
[illegible]

Dated: October 5, 2026

Ronald Jones & Regina Jones
[sign your name]

Ronald Jones & REGINA Jones
[print your name]

214 East 51st Street, #6K
New York, NY 10022
646-898-9458
[your address and telephone number]

VERIFICATION

STATE OF NEW YORK
COUNTY OF New York ss:

Ronald Jones [your name], being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

Ronald Jones
[sign your name in front of a notary]

Ronald Jones
[print your name]

Sworn to before me this
5th day of October, 2026

Philip A. Kaufman
Notary Public

PHILIP A. KAUFMAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KA6184352
Qualified in Nassau County
Commission Expires April 7, 2028

# VERIFICATION

STATE OF NEW YORK

COUNTY OF NEW YORK ______ss:

Regina Jones ______________ [your name], being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief, and as to those matters, I believe them to be true.

______________________
[sign your name in front of a notary]

REGINA JONES
[print your name]

Sworn to before me this

5th day of October, 2026

______________________
Notary Public

PHILIP A. KAUFMAN
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KA6184352
Qualified in Nassau County
Commission Expires April 7, 2028

[illegible]

Plaintiff: Walter Reis - copyright original screenplay "Spacejam" submitted June 19th - 1986

and the Spacejam franchise

First copyright infringement - Nov 15th 1996
Original airing of Spacejam (- Nov 15-1996)

#I • defendant: Warner Bros, Entertainment Inc
Legal team.
4000 Warner Blvd. California Zip 91522

#II • defendant: David Falk, legal team
5235 Wisconsin ave, NW Suite 850
Washington DC, 20015
last contact 2026

"Spacejam" the sequel
#3 original airing - July 16th - 2021
Theaters + HBO Max

grievance - copyright infringement
derivative copyright infringement
use of Walters name
use of his family members
etc, etc, + more
godsister IDA

#3 • Defendant: The Springhill Co. / LeBron James
received 3 cease + desist letters
:500 Centric Ave, Suite 200 Los Angeles
[illegible]

Regina Jones and Ronald Jones are Walter Rice's support team.
I, Walter Rice, designate the following individuals and organization as my support team in connection with my claims of alleged copyright theft and franchise theft involving events dating back to 1996.
Dr. Jabbar,
Regina Jones,
Ronald Jones,
Herchel Daniels Jr., FAU (Friends of the African Union),

JACKSON INVESTIGATION,

Mary Cannon-Screen, Broadway producer with an interest in a Space Jam Broadway play, ~~and Ramon Tweedy.~~
The team is authorized to assist me with gathering records, reviewing information, organizing documents, and coordinating communications concerning this matter. I authorize Regina Jones and Ronald Jones to represent me, Walter Rice, in this matter, including matters concerning the summons and complaint.
In recognition of their efforts, I agree to allocate a total of six percent (6%) of any settlement or judgment proceeds I actually receive in this matter to the seven listed team members, divided equally. Each member's share is one-seventh of that 6% allocation. This is a share of money recovered, not a transfer of ownership in my copyrights, franchise rights, or legal claims.
I sign this agreement voluntarily to confirm my designation of the support team and the compensation described above.
Regina Jones and Ronald Jones are Walter Rice's support team.

Walter Rice Signature: [signature]
Date: 6/5/25

Notary Acknowledgment

State of Ohio
County of Hamilton

State of Ohio
County of Hamilton

On October 5, 2024, before me, the undersigned notary public, personally appeared Walter Rice, whose identity was established to my satisfaction, and acknowledged signing this agreement voluntarily.
Notary Public Signature: [signature]
Printed Name: Christa Lea Minnich
Commission Expires: June 4, 2028
Notary Seal:

NOTARIAL SEAL STATE OF OHIO
CHRISTA LEA MINNICH
Notary Public, State of Ohio
My Commission Expires
06-04-2028
Commission Number
2023-RE-864604

11:46

the names...

The Monstars in Space Jam are named



**Pound, Bang, Bupkus, Blanko, and Nawt**. They were originally the Nerdlucks, small aliens who stole the talents of NBA stars.

**Here's a breakdown**



9+

Home Search Notifications Activity

11:47

the names...

## NBA player:

- **Pound:** Based on Charles Barkley, the orange, overweight leader.
- **Bang:** Based on Patrick Ewing, the aggressive, green second-in-command.
- **Bupkus:** Based on Larry Johnson, the purple, stocky one.
- **Blanko:** Based on

Home Search 9+ Notifications Activity

2nd Dimension and Pepsi (concept)
"The same taste but for different worlds"

DOC #25



4:58 5G+

**Lola Bunny** is a *Looney Tunes* cartoon character portrayed as an anthropomorphic female bunny created by Warner Bros. Pictures. She is generally depicted as Bugs Bunny's girlfriend. She first appeared in the 1996 film *Space Jam*.[9]

**Lola Bunny**

*Looney Tunes* character



Lola Bunny as seen in *Space Jam*

| | |
|---|---|
| **First appearance** | *Space Jam* (1996) |

point. *As an inventor, a copyright* [illegible] *before you show your work to any business* [illegible] scripts, music and characters copyrighted.

My first Copyright and Copyright for 2nd Dimension Motion picture

DOC #31



Copyrights on 2nd Dimension characters
DOC #32



VA 871 400

June 10

imension charac

FORM VA

# scripts, movie and charact

# My first Copyright and C
# 2nd Dimension Motion pic

# DOC #31

REGISTER OF COPYRIGHTS

TITLE OF THIS WORK

2ND Dimension

PREVIOUS OR ALTERNATIVE TITLES

NATURE OF THIS WORK

# Copyrights on 2nd Dimens
# DOC #32

CERTIFICATE OF COPYRIGHT REGISTRATION

11:46

the names...



The Monstars in Space Jam are named **Pound, Bang, Bupkus, Blanko, and Nawt**. They were originally the Nerdlucks, small aliens who stole the talents of NBA stars.

Here's a breakdown



Home Search Notifications Activity

11:47

the names...

NBA player:

- **Pound:** Based on Charles Barkley, the orange, overweight leader.
- **Bang:** Based on Patrick Ewing, the aggressive, green second-in-command.
- **Bupkus:** Based on Larry Johnson, the purple, stocky one.
- **Blanko:** Based on

Home Search Notifications Activity

1:57

has Space J...

Wikipedia
https://en.wikipedia.org

# Space Jam



The Space Jam franchise is estimated to have generated $6 billion in total revenue. This includes a wide variety of merchandise, such as Air ...

Home Search 9+ Notifications Activity

11:46

the names...

The Monstars in Space Jam are named



**Pound, Bang, Bupkus, Blanko, and Nawt**. They were originally the Nerdlucks, small aliens who stole the talents of NBA stars.

**Here's a breakdown**



Home Search Notifications Activity

**The Creator Of The Space Jam Franchise**
**Walter A. Rice 1983**

Finally, because Paramount has purchased Warner Bro for $111B and the sale is scrutinized, to make sure there's no intellectual property concerns and other things, this is the perfect time!

I have sent notice to the FBI, the Department of justice and other agencies along with the US Copyright office my copyrights and Warner Bro derivative copyright and trademark infringement filing numbers and codes.

Warner Bro and The Springhill Company/ LeBron James have received several notices to cease and desist. Warner Bro legal VP has written back both times trying to discourage me with financial threats if trying to take them on.

Attached is the identical theme of Space jam 1&2 marketing board for the movies. My marketing board for tv syndication is the same as their later used for Space Jam 1&2 movies: Animated characters with humans. For the movie my marketing board would have had my main animated characters and human character Eddie Murphy. My main two characters with the human are the driver in the Pic and the female standing by the car. These two Ippy and Elpi are switched out and they used bugs and Lola bunny. The leader of the planet is at the front of the vehicle, his name is Taha.

The leader in Space Jam 1, Swackhammer. Space Jam 2, Don Cheadle AI.

I have documents saved from 40 years ago, US postal signature cards, endorsement letters, studio letters.

Please respond to:

Wltrr5@aol.com
513.824.0937

W. Rice

https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:fc88e94b-7859-41be-8a6e-7ee0174fb6c1

scripts, movie and charact

My first Copyright and C
2nd Dimension Motion pic

DOC #31

CERTIFICATE OF COPYRIGHT REGISTRATION

1

2ND Dimension

Copyrights on 2nd Dimens
DOC #32

CERTIFICATE OF COPYRIGHT REGISTRATION

2nd Dimension and Pepsi (concept)
"The same taste but for different worlds"

DOC #25



1996



SPACE JAM POSTER
FRAUDULENT
COPYRIGHT



SWACKHAMMER LEADER
OF MORON PLANET
COPYRIGHT INFRINGEMENT
CHARACTER "VIEWING OTHER
PLANET FOR BEINGS"



SWACKHAMMER
ONE OF THE VA FRUADULENT
COPYRIGHTS OF MY CHARACTER
TAHA



MICHEAL JORDAN IN FRONT
OF THE FICTIONAL PORTAL
HOLE THAT WILL TRANSPORT
HIM TO THE ANIMATED OTHER
DIMENSION



MICHEAL JORDAN IN FRONT OF
HUMAN EYES BEING SUCKED
THROUGH TRANSPORTED TO
THE ANIMATED WORLD



MICHEAL JORDAN TRAVELING
THROUGH THE TRANSPORT
PORTAL TO THE ANIMATED
WORLD



MICHEAL JORDAN AFTER BEING
TRANSPORTED IS NOW IN FRONT
OF THE ANIMATED WORLD BUT
STILL IN REAL HUMAN LIKENESS

2021



SPACE JAM POSTER
FRAUDULENT
COPYRIGHT



DON CHEADAL LEADER
OF THE AI WORLD VIEWING
LEBRON JAMES TO CHOOSE
FOR EVIL ENTERTAINMENT



DON CHEADAL LEADER
OF THE GOON SQUAD SELECTING
HIS CHOSEN ONE B BALL PLAYER
TO GO AGAINST HIS GOOD SQUAD



LEBRON JAMES BEING
TRANSPORTED IN REAL
LIFE FORM TO THE ANIMATED
WORLD



LEBRON JAMES BEING
TRANSPORTED IN REAL
LIFE FORM TO THE ANIMATED
WORLD



LEBRON JAMES AFTER BEING
TRANSPORTED IS NOW IN FRONT
OF THE ANIMATED WORLD BUT
STILL IN REAL HUMAN LIKENESS

1982



THE ORIGINAL
"2ND DIMENSION"
AKA, "SPACE JAM



THE ORIGINAL LEADER
OF 2ND DIMENSION
AKA, SWACKHAMMER



TAHA VIEWING HUMANS FROM OUR PLANET ON HIS
MODULE IN HIS OFFICE



ORIGINAL SCRIPT 1982 TAHA IN HIS OFFICE
LOOKING OVER HIS MODULE THAT SET OUT
PLANET SO HE CAN SELECT GHUMANS
TO COME TO HIS PLANET



TAHA INTRODUCING CHOSEN 3
FROM THE PILOT FOR THE SERIES
TO POUND



EDDIE AFTER BEING TRANSPORTED TO 2ND DIMENSION
THE MOVIE AKA, SPACE JAM

SCROLL 2 OF 8


1996
People also ask
Who is Lola Bunny's father?
Patricia
Lola's wealthy parents Walter (voiced by John O'Hurley) and Patricia (voiced by Grey DeLisle
THE MONSTROUS CHEERLEADERS INFRINGEMENT OF MY CHEERLEADERS
Space Jam W...
2021
BOTH MOVIE THEMES ARE IN ANOTHER DIMENSION AND SURROUNDED BY THE GAME OF BASKETBALL
Porky Pig – Space Jam:...
Nerdlucks | Space Jam...
MY CHARACTER POUNDS

SCROLL 5 OF 8

1996

2021

1983




MONSTARS BEFORE CHANGING
MONSTARS CHANGED BACK
Space Jam: A New Legacy
THE MAIN GOON SQUAD, SAME CONCEPT PLAY BAD GUYS LIKE MY MOVIE "2ND O"

# SPACE JAM 2 SOME MERCHANDISERS

**Warner Bros. CP Reveals 200+ 'Space Jam' Licensees**

**"Space Jam: A New Legacy" readies for summer as more than 200 partners prepare to launch collections worldwide**

Picture of License Global
License Global License.Global
May 30, 2021

6 Min Read
SpaceJamProgram.png
Warner Bros. Consumer Products, a part of WarnerMedia Global Brands and Experiences, will roll out the largest Looney Tunes merchandise collection in decades ahead of the new Warner Bros. Pictures movie "Space Jam: A New Legacy."

Collaborations include brands such as Nike, Vilebrequin, Spalding, the Cotton On Group and Moose Toys and capsule collections from Uninterrupted, a brand launched by athlete LeBron James and business partner Maverick Carter, as well as an array of regional international partners.

"The original 'Space Jam' was a cultural phenomenon when it debuted in 1996, so it's no surprise that premier partners around the world are inspired by 'Space Jam: A New Legacy' and excited to bring a new collection to a new generation of fans," says Robert Oberschelp, senior vice president, franchise management and marketing, Warner Bros. Consumer Products. "We are excited to collaborate with such elite brands to deliver a robust lineup of merchandise that unites the singular style of LeBron James with the iconic fun of the Looney Tunes characters."

WBCP's "Space Jam: A New Legacy" collection features products across multiple categories and locations:

Fashion: WBCP's "Space Jam: A New Legacy"-inspired fashion collections include Nike and Vilebrequin, plus-size apparel at Torrid, streetwear fashions from Tommy Hilfiger, BAIT, Madhappy, Diamond Supply and NTWRK x UNKNWN, and additional lines from Members Only, Forever21, MeUndies, PSD, Bleacher Report, Rue21 from Hybrid and Freeze and Pac Sun from Bioworld in the U.S. Capsule collections will be released by Junk Food Clothing, Pottery Barn Teen and Cakeworthy, along with game jerseys, hats, hoodies and t-shirts all available on UNINTERRUPTED. Kids' fashions include pieces from the Gap, Haus of JR and Cubcrush.

Footwear: Youth and adult styles from Nike's "Space Jam" collection include jerseys, tanks, hoodies, jackets, socks and backpacks. Converse's new graphic Looney Tunes sneakers in adult and youth sizes feature Looney Tunes designs and animation frames. Crocs will offer "Space Jam: A New Legacy" slide pairs.

Accessories: Gearing up for back to school, "Space Jam: A New Legacy" will include backpacks, lunch bags and other supplies. Partners such as Sprayground, Danielle Nicole, Loungefly, Accessory Innovations and Fast Forward will release backpacks, court bags and more. Fossil will release an exclusive "Space Jam" by Fossil capsule collection, featuring collectible accessories and a limited-edition box set on July 7. The collaboration includes three collections with limited-edition watches, backpacks, small leather goods and more. Digital watch faces and bands by Mobyfox, a limited-edition collection of watches by Uncrowd and more styles from Accutime along with bracelets from Alex and Ani will be included in the accessories releases. Caps, beanies and other headwear by Junk Brands, Love Your Melon, Mitchell & Ness and New Era and socks and hosiery by Stance, Hypnotic Hats, Highpoint, Berkshire and Rock 'Em Socks will also be included.

Sporting Goods: Spalding will release a new merchandise line including exclusive hoops and balls and other limited-edition merchandise, hitting U.S. and international retailers, Spalding.com and the "Spalding" app this June.

Home Goods: Franco's movie-themed bedding for kids includes blankets, throws, comforters and more. Hallmark, Open Tide and more bring the Looney Tunes squad to the kitchen and beyond.

Toys & Collectibles: Mattel Toys returned its "Space Jam: A New Legacy"-inspired toys. The toy range features regular refreshes and new introductions throughout the fall and holiday season. Funko's "Space Jam: A New Legacy" assortment includes nine Pop! figures, five Pop! keychains, 12 Mystery minis and a "Space Jam: A New Legacy" Funkoverse board game. For collectors, there are three exclusives – a 10-inch LeBron James Jumbo Pop! and flocked Tasmanian devil available at Walmart, a LeBron James variant Funko Pop! available at Amazon, and a Porky Pig coming soon to Funko.com. GameStop offers a collector's box with items like crew socks, a mini basketball, a water bottle, a Bugs Bunny pin and a LeBron Snick. Additional toys, games and collectibles collections include Hasbro, Mattel, Upper Deck and more, which will continue to roll out all year long.

Food & Beverage: General Mills' "Space Jam: A New Legacy" limited edition cereal celebrates Tunes vs. Goons, combining berry-flavored cereal with bunny and basketball marshmallows. It will be available for a limited time starting May 31. Kraft Heinz has revealed its "Space Jam"-inspired Kraft Mac & Cheese and limited-edition onesie pajamas. The Kraft Mac & Cheese "Space Jam: A New Legacy" boxes feature movie-inspired noodle shapes, like basketballs and bunnies. The new 10-ounce box comes adorned with Looney Tunes characters including Bugs Bunny, Lola Bunny, Tweety Bird, Marvin the Martian and LeBron James and will be available at retailers nationwide for $2.49 starting June 1. McDonald's, [illegible] food and beverage partners.

Pet Products: A Bandbox with "Space Jam: A New Legacy"-themed chew toys and plush squeak toys will be available through the BarkBox website.

Publishing: With more than 20 titles, the "Space Jam: A New Legacy" publishing program includes Penguin Random House, offering movie tie-ins, readers, books and activity books for all ages. A Little Golden Book called Tune Squad, a picture book called Tunes vs. Goons and a Junior Novelization: Space Jam: A New Legacy are just a few titles from their program. Coloring and activity books from Bendon and novelty book formats from Phidal are also included. From writer Ivan Cohen (The Batman & Scooby-Doo Mysteries) and multiple artists, Space Jam: A New Legacy from DC Publishing is the graphic novel adaptation of the animated/live-action movie will be on sale June 29;

EMEA: fashion partners include H&M (Worldwide), Primark (U.S. and Europe), Fanatics, Snipes (Europe), LPP (Europe, Middle East) and many more to be announced;

Asia Pacific: A Bathing Ape, Carnival and Freak's Store some of the partners creating "Space Jam: A New Legacy"-inspired fashions and footwear. The Converse footwear and hat collection will only be available in the Asia Pacific region in Japan;

Australia and New Zealand: EB Games will offer adult tees, headwear, accessories and stationery. Best & Less will welcome "Space Jam: A New Legacy" to Australia with a new range that includes sleepwear and outerwear. Big W will feature a range of toys, games and puzzles from Moose Toys.

## SCROLL 7 OF 8



1983 IT ALL BEGAN
JUST A TEENAGER
TAKING THE GOD
GIVEN TALENT TO
HOPEFULLY WRITE SOMETHING
THAT HAS NEVER BEEN DONE
TOUCH THE WORLD!



AFTER BEING LED BY MY ATTORNEY FRIEND THE LATE GREAT MICHAEL SWARTZ OF SWARTZ & SWARTZ ENTERTAINMENT LAW
TO COPYRIGHT THE SCRIPTS AND CHARACTERS I WAS THEN TOLD TO GET THE SCRIPT IN WITH WGAE WRITERS GUILD OF AMERICA EAST
"BECAUSE ONE DAY YOU WILL BE A BILLIONAIRE, YOU'VE CREATED ANOTHER WALT DISNEY"



PA US COPYRIGHT 1986

PA FORM US COPYRIGHT 1956
APPROXIMATELY TEN YEARS
BEFORE SPACE JAM 1 AND THIRTY+FIVE
YEARS BEFORE INFAMOUS SPACE JAM 2



VA US COPYRIGHT 1986

Wikipedia
https://en.wikipedia.org

Space Jam



The Space Jam franchise is estimated to have generated $6 billion in total revenue. This includes a wide variety of merchandise, such as Air .

*ESTIMATED $6 BILLION IN REVENUES FOR SPACE JAM

$6 BILLION AND GROWING OFF MY MOVIE AND CHARACTERS 2ND DIMENTION!

SCROLL 7 OF 8

Premium Jersey



It's important to note that the film was also released simultaneously on HBO Max, and Warner Bros. also reported the film attracted subscribers to their streaming service.

Space Jam: A New Legacy



POSSIBLE $6 IN GROSS REVENUES FROM 1996-2025 SPACE JAM FRANCHISE



THE NIKE LEBRON SPACE JAM SHOE

Where to find Space Jam 1 Merchandise:

Online Retailers:

Websites like Amazon.com, eBay, Hot Topic, BoxLunch, and Merchboid offer a wide selection of Space Jam merchandise.

Specialty Stores:

Stores like BoxLunch and Hot Topic often

SOME PLACES TO FIND SPACE JAM 1 AND 2 MERCHANDISE

AI Overview

"Space Jam" (1996) had strong home video sales, generating $200 million. The film was a significant success in both theaters and on home video, contributing to its overall success as a lucrative sports movie franchise.

SPACE JAM 1 VIDEO SALES

eBay



Vintage Champion...

$30.00 · In stock

Brand: Champion

Black and yellow... More

SOME SPACE JAM 1 MERCHANDISE



THE BEGINING OF THE LEGENDARY SPACE JAM SHOES .

Genre Keyword: Basketball

| Rank | Title | |
|---|---|---|
| 1 | Space Jam | [illegible] |
| 2 | [illegible] | [illegible] |
| 3 | [illegible] | [illegible] |
| 4 | [illegible] | [illegible] |
| 5 | [illegible] | [illegible] |
| 6 | [illegible] | [illegible] |
| 7 | [illegible] | [illegible] |
| 8 | [illegible] | [illegible] |
| 9 | [illegible] | [illegible] |
| 10 | [illegible] | [illegible] |

GENRE KEY WORD TOP 10 BASKETBALL MOVIES LIST

## AI Overview

[illegible]

## SPACE JAM 1 SOME MERCHANDISERS

AI Overview

Several reports [illegible] that Warner Bros. partnered with over 200 companies to merchandise the Space Jam franchise, particularly for the release of Space Jam: A New Legacy. This included a wide variety of product categories and regions globally.
Some of the prominent partners and examples of merchandise include:
Apparel: Nike, Gap, H&M, Tommy Hilfiger, Forever 21, PacSun, Converse, Crocs, Vilebrequin, Torrid, and Members Only. This includes footwear, clothing (including plus-size and children's), and accessories
Toys & Collectibles: Hasbro, Mattel, Moose Toys, Funko (Pop! figures, keychains, board game), and GameStop (collector's box).
Food & Beverage: General Mills (cereal), Kraft Heinz (mac & cheese), McDonald's (Happy Meals), and Ferrara Candy Company.
Home Goods: Franco (bedding), Hallmark, and GeekiTiki.
Sporting Goods: Spalding (basketballs and hoops)
Accessories: Fossil (watches, bags,

(watches), Alex and Ani (bracelets), and various backpack and bag companies
Publishing: Penguin Random House (books), Bendon (coloring books), Phidal (novelty books), and DC Publishing (graphic novel).
Other: BarkBox (pet toys), Xbox (controllers), and Nifty's (NFTs)

While a complete list of all 200+ companies involved may be difficult to compile, the information available provides a good overview of the vast network of brands that participated in the Space Jam merchandising effort, particularly for the latest film.

AI Overview

Companies that merchandised the original "Space Jam" (1996)
While a comprehensive list of all 1996 Space Jam merchandisers is difficult to compile after decades, some key players stood out.
Nike. Given the film's origins in a Nike advertisement and Michael Jordan's strong endorsement deals, Nike was a major merchandiser, producing iconic "Space Jam" themed apparel and shoes. The Jordan 11 Retro Space Jam, for instance, became a highly coveted item.

## SCROLL 6 BONUS

Warner Bros. Consumer Products (WBCP): As the film's distributor, Warner Bros. leveraged its Consumer Products division to [illegible] a vast range of licensing and merchandising opportunities related to the film.
McDonald's: They offered a popular "Space Jam" themed Happy Meal promotion with collectible toys and branded French fry containers.
Other companies (examples): Beyond these major players, various companies produced tie-in products such as.
Space Jam-branded basketballs.
Space Jam-branded letterman jackets
Trading cards.
Space Jam t-shirts.
Action figures.
Space Jam piggy banks.
The official soundtrack (which went platinum six times)

[redacted]

**From:** R Jones <rajonesmd@yahoo.com>
**Sent:** Thursday, October 1, 2026 3:01 PM
**To:** [redacted] R Jones; Regina Jones; Ron Jones
**Subject:** Fw: The email of record. Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2
**Attachments:** 5305.jpg; 5306.jpg; 5307.jpg; 5308.jpg

Yahoo Mail: Search, Organize, Conquer

---- Forwarded Message ----
**From:** "R Jones" <rajonesmd@yahoo.com>
**To:** [redacted]
**Cc:** "R Jones" <rajonesmd@yahoo.com>, "Regina Jones" <reginajones444@yahoo.com>
**Sent:** Thu, Oct 1, 2026 at 2:52 PM
**Subject:** Fw: The email of record. Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2

Yahoo Mail: Search, Organize, Conquer

---- Forwarded Message ----
**From:** "NoSweat TECHNOLOGIES" <thenosweatteam@gmail.com>
**To:** "reginajones444@yahoo.com" <reginajones444@yahoo.com>, "rajonesmd@yahoo.com" <rajonesmd@yahoo.com>
**Sent:** Thu, Oct 1, 2026 at 8:53 AM
**Subject:** The email of record. Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2
The email of record
Mr & Mrs Jones

---------- Forwarded message ---------
From: **NoSweat TECHNOLOGIES** <thenosweatteam@gmail.com>
Date: Mon, Jul 6, 2026, 1:35 PM
Subject: Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2
To: Taylorpublishinghouse@gmail.com <Taylorpublishinghouse@gmail.com>

TO: Richard Taylor, Taylor House Publishing

[redacted]

**From:** R Jones <rajonesmd@yahoo.com>
**Sent:** Thursday, October 1, 2026 2:58 PM
**To:** [redacted]
**Cc:** R Jones; Ron Jones; Regina Jones
**Subject:** Fw: Fwd: 2nd Script and Drawings of Humans transported to animated world
**Attachments:** Human asking where is he after being transport.jpg; 2nd D Movie scriptpage showing Leader of Planet looking for humans.jpg; Human imeddiately after transport. He's with Ippy.jpg

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "NoSweat TECHNOLOGIES" <thenosweatteam@gmail.com>
**To:** "reginajones444@yahoo.com" <reginajones444@yahoo.com>, "rajonesmd@yahoo.com" <rajonesmd@yahoo.com>
**Sent:** Thu, Oct 1, 2026 at 12:14 PM
**Subject:** Fwd: 2nd Script and Drawings of Humans transported to animated world

---------- Forwarded message ---------
From: **NoSweat TECHNOLOGIES** <thenosweatteam@gmail.com>
Date: Thu, Oct 1, 2026 at 12:13 PM
Subject: 2nd Script and Drawings of Humans transported to animated world
[redacted]

Please be CAREFUL when clicking links or opening attachments from external senders.

[redacted]

**From:** R Jones <rajonesmd@yahoo.com>
**Sent:** Thursday, October 1, 2026 2:54 PM
**To:** [redacted]
**Cc:** Ron Jones; R Jones; Regina Jones
**Subject:** Fw: Fwd: The Space Jam Scrolls (7)
**Attachments:** 2nd Dimention Space Jam US Copyrighted documents for Dr Jabbar.pdf

Yahoo Mail: Search, Organize, Conquer

— Forwarded Message —
**From:** "NoSweat TECHNOLOGIES" <thenosweatteam@gmail.com>
**To:** "reginajones444@yahoo.com" <reginajones444@yahoo.com>, "rajonesmd@yahoo.com" <rajonesmd@yahoo.com>
**Sent:** Thu, Oct 1, 2026 at 9:01 AM
**Subject:** Fwd: The Space Jam Scrolls (7)

---------- Forwarded message ---------
From: **NoSweat TECHNOLOGIES** <thenosweatteam@gmail.com>
Date: Wed, Jul 22, 2026, 1:23 PM
Subject: The Space Jam Scrolls (7)
To: Attorney Jabbar <attorneyjabbar.fau@gmail.com> Not the attorney of record.

These are the Scrolls that contain evidence of my creation of the Space Jam movie that created the Space Jam franchise. Please enlarge and read the caption under each photo. Please read each scroll from left to right and top row first which shows the first year and those involved in the copyright infringement. The Second row is the Lebron James and company with Warner Bros. The bottom row shows the origin of my creation.

Should you have any questions please let me knowand call at any time.

Walter A. Rice, Creator of the Space Jam franchise
513.824.0937

Please be CAREFUL when clicking links or opening attachments from external senders.

[redacted]

**From:** R Jones <rajonesmd@yahoo.com>
**Sent:** Thursday, October 1, 2026 2:53 PM
**To:** [redacted]
**Cc:** R Jones; Regina Jones
**Subject:** Fw: The email of record. Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2
**Attachments:** 5305.jpg; 5306.jpg; 5307.jpg; 5308.jpg

Yahoo Mail: Search, Organize, Conquer

— Forwarded Message —
**From:** "NoSweat TECHNOLOGIES" <thenosweatteam@gmail.com>
**To:** "reginajones444@yahoo.com" <reginajones444@yahoo.com>, "rajonesmd@yahoo.com" <rajonesmd@yahoo.com>
**Sent:** Thu, Oct 1, 2026 at 8:53 AM
**Subject:** The email of record. Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2
The email of record
Mr & Mrs Jones

---------- Forwarded message ---------
From: **NoSweat TECHNOLOGIES** <thenosweatteam@gmail.com>
Date: Mon, Jul 6, 2026, 1:35 PM
Subject: Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2
To: Taylorpublishinghouse@gmail.com <Taylorpublishinghouse@gmail.com>

TO: Richard Taylor, Taylor House Publishing
This email and documents are considered Copyright and proprietary. If you are not the intended, please destroy and contact the sender.
Subject: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2
To: NoSweat TECHNOLOGIES <THENOSWEATTEAM@gmail.com>

Link of letters sent:
https://acrobat.adobe.com/id/urn:aaid:sc:VA6C2:cb81761d-ca88-4e62-a881-75e3601f39fd

[redacted]

**From:** R Jones <rajonesmd@yahoo.com>
**Sent:** Thursday, October 1, 2026 3:06 PM
**To:** [redacted]
**Cc:** reginajones444@yahoo.com; R Jones; Ron Jones
**Subject:** Fw: Fwd: My copyrighted characters names Spun-Off by Warner Bro
**Attachments:** five Nerdlucks names.png; character breakdown By Warner copyright.png; the 5 Nerdlucks Warner Bro.jpg; One Of the original Nerdlucks used in my movie 2nd D.jpg; My Character Mupfus Space Jam named him Bupkus.jpg

Yahoo Mail: Search, Organize, Conquer

---- Forwarded Message ----
**From:** "R Jones" <rajonesmd@yahoo.com>
**To:** "pkaufman@nycourts.gov" <pkaufman@nycourts.gov>
**Cc:** "R Jones" <rajonesmd@yahoo.com>, "Regina Jones" <reginajones444@yahoo.com>
**Sent:** Thu, Oct 1, 2026 at 2:59 PM
**Subject:** Fw: Fwd: My copyrighted characters names Spun-Off by Warner Bro

Yahoo Mail: Search, Organize, Conquer

---- Forwarded Message ----
**From:** "NoSweat TECHNOLOGIES" <thenosweatteam@gmail.com>
**To:** "reginajones444@yahoo.com" <reginajones444@yahoo.com>, "rajonesmd@yahoo.com" <rajonesmd@yahoo.com>
**Sent:** Thu, Oct 1, 2026 at 12:31 PM
**Subject:** Fwd: My copyrighted characters names Spun-Off by Warner Bro

---------- Forwarded message ---------
From: **NoSweat TECHNOLOGIES** <thenosweatteam@gmail.com>
Date: Thu, Oct 1, 2026 at 12:29 PM
Subject: My copyrighted characters names Spun-Off by Warner Bro
[illegible]

Please be CAREFUL when clicking links or opening attachments from external senders.

[redacted]

**From:** R Jones <rajonesmd@yahoo.com>
**Sent:** Thursday, October 1, 2026 3:00 PM
**To:** [redacted]
**Cc:** Regina Jones; doctorjones@healthymusic.org; R Jones
**Subject:** Fw: Fwd: Lettersto doj fbi 2nd letter to Warner Bro
**Attachments:** 2nd D Franchise Board of marketing Franchise.png; 0.png; IMG_20250723_115454609.jpg

Yahoo Mail: Search. Organize. Conquer

—— Forwarded Message ——
**From:** "NoSweat TECHNOLOGIES" <thenosweatteam@gmail.com>
**To:** "reginajones444@yahoo.com" <reginajones444@yahoo.com>, "rajonesmd@yahoo.com" <rajonesmd@yahoo.com>
**Sent:** Thu, Oct 1, 2026 at 1:31 PM
**Subject:** Fwd: Lettersto doj fbi 2nd letter to Warner Bro

---------- Forwarded message ---------
From: **NoSweat TECHNOLOGIES** <thenosweatteam@gmail.com>
Date: Thu, Oct 1, 2026 at 1:30 PM
Subject: Lettersto doj fbi 2nd letter to Warner Bro
[redacted]

the franchise board of Animated the leader 2nd D planet with Ippy (switched out for Bugs) Elpi (Switched out for the new Lola) The three human like characters would have looked like real humans but it couldn't be drawn 44 years ago.

Please be CAREFUL when clicking links or opening attachments from external senders.

[redacted]

**From:** R Jones <rajonesmd@yahoo.com>
**Sent:** Thursday, October 1, 2026 3:01 PM
**To:** [redacted] Ron Jones
**Subject:** Fw: The email of record. Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2
**Attachments:** 5305.jpg; 5306.jpg; 5307.jpg; 5308.jpg

Yahoo Mail: Search, Organize, Conquer

---- Forwarded Message ----
**From:** "R Jones" <rajonesmd@yahoo.com>
**To:** "pkaufman@nycourts.gov" <pkaufman@nycourts.gov>
**Cc:** "R Jones" <rajonesmd@yahoo.com>, "Regina Jones" <reginajones444@yahoo.com>
**Sent:** Thu, Oct 1, 2026 at 2:52 PM
**Subject:** Fw: The email of record. Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2

Yahoo Mail: Search, Organize, Conquer

---- Forwarded Message ----
**From:** "NoSweat TECHNOLOGIES" <thenosweatteam@gmail.com>
**To:** "reginajonas444@yahoo.com" <reginajonas444@yahoo.com>, "rajonesmd@yahoo.com" <rajonesmd@yahoo.com>
**Sent:** Thu, Oct 1, 2026 at 8:53 AM
**Subject:** The email of record. Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2
The email of record
Mr & Mrs Jones

---------- Forwarded message ---------
From: **NoSweat TECHNOLOGIES** <thenosweatteam@gmail.com>
Date: Mon, Jul 6, 2026, 1:35 PM
Subject: Fwd: US Copyright documents for original aka, Space Jam, real name: "2nd Dimension" Both infringing copyrights of Warner Bro for Space Jam 1 & 2
To: Taylorpublishinghouse@gmail.com <Taylorpublishinghouse@gmail.com>

TO: Richard Taylor, Taylor House Publishing

INDEX NO. ________________/________

**SUPREME COURT OF THE STATE OF NEW YORK**

**COUNTY OF NEW YORK**

Ronald Jones and Regina Jones

**Plaintiff/Petitioner**

**- against -**

Warner Brothers Entertainment, Inc., David Falk, Legal Team, and The Springhill Company/LeBron James

**Defendant/Respondent**

**To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, the presentation of these papers or the contentions therein are not frivolous as defined in subsection (c) of section 130-1.1 of the Rules of the Chief Administrator (22NYCRR)**

**Sign Name:** Ronald Jones, and Regina Jones

**Print Name:** Ronald Jones, M.D. and Regina Jones

**Address:** 214 E. 51st St. Suite 6K

**Telephone:** 6468989458

**Email:** reginajones444@yahoo.com

2134

2026102 2

0669